UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

MARK RUBENSTEIN and DENNIS J. DONOGHUE,

                Plaintiffs,           23 **CIVIL** 4396 (LAK) (SLC)

    -against-

TRAVELZOO,

                Nominal Defendant

**JUDGMENT**

RALPH BARTEL, THE RALPH BARTEL 2005 TRUST, and AZURRO CAPITAL, INC.,

                Defendants.

------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion dated August 16, 2024, Defendants' motion to dismiss is granted. The amended complaint is dismissed with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      August 16, 2024

                                            **DANIEL ORTIZ**
                                            **Acting Clerk of Court**

                **BY:**
                                            **Deputy Clerk**